UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NORBERTO ENRIQUE DOMINGUEZ #67274-004,** Petitioner | **DOCKET NO. 1:22-CV-1077 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN MERRENDINO,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 4th day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT